# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Sharon Lynum,

    Plaintiff,

vs.

Hudson Memorial Hospital, Inc.,

    Defendant.

Case No: 08-cv-356

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal filed by the parties, and upon all of the files, records, and proceedings in this matter, the Court orders this case to be dismissed with prejudice in its entirety, and each party shall bear its own attorneys' fees and costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 2, 2008          Barbara B. Crabb
                                                      Barbara B. Crabb
                                                      Chief Judge of United States District Court

fb.us.3403804.01